Alan Harris (SBN 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND VALENZUELA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MANCINI INTERNATIONAL, INC., WILLIAM MANCINI, MOTION PICTURE AND TELEVISION FUND, and DOES 1 to 20,<br><br>    Defendants. | Case No. CV-12-09068 DDP (PLAx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:   August 26, 2013<br>Time:  10:00 a.m.<br>Place:  Ctrm. 3, 2nd Floor<br>           312 N. Spring Street<br>           Los Angeles, CA 90012<br><br>*Assigned to Hon. Dean D. Pregerson*<br><br>Complaint filed Aug. 15, 2012<br>Action Removed Oct. 22, 2012 |

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 26, 2013, at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Dean D. Pregerson, Plaintiff will move for an order granting preliminary approval of a class-wide settlement reached in the above-captioned action, as well as for conditional certification of the Class defined in the Settlement Agreement and Release ("Settlement Agreement"). The Motion will be made and based upon this Notice of Motion; the Memorandum of Points and Authorities; the Declaration of Alan Harris filed herewith; all of the pleadings, papers, and documents contained in the file of the within action; and such further evidence and argument as may be presented at or before the hearing on the Motion.

DATED: July 29, 2013

HARRIS & RUBLE

/s/ *Alan Harris*

Alan Harris
*Attorneys for Plaintiff*